# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this ~~...~~

| AGENCY | CHARGE NUMBER |
|---|---|
| ☐ FEPA<br>☒ EEOC | Document hosted at JDSUPRA |

http://www.jdsupra.com/post/documentViewer.aspx?fid=d1d1fa84-a069-4177-8f98-e4bc9f270754

| Illinois Department of Human Rights | | and EEOC |
|---|---|---|
| *State or local Agency, if any* | S.S. No. | |

| NAME *(Indicate Mr., Ms., Mrs.)*<br>Barry Dayton | HOME TELEPHONE *(Include Area Code)*<br>(847) 825-4251 |
|---|---|

| STREET ADDRESS     CITY, STATE AND ZIP CODE<br>221 N. Washington Street, Park Ridge, IL 60068 | DATE OF BIRTH<br>12/16/1945 |
|---|---|

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME *(If more than one list below.)*

| NAME<br>Oakton Community College | NUMBER OF EMPLOYEES, MEMBERS<br>500+ | TELEPHONE *(Include Area Code)*<br>(847) 635-1600 |
|---|---|---|

| STREET ADDRESS     CITY, STATE AND ZIP CODE<br>1600 East Golf Road, Des Plaines, IL 60016 | COUNTY<br>Cook |
|---|---|

| NAME | TELEPHONE NUMBER *(Include Area Code)* |
|---|---|

| STREET ADDRESS     CITY, STATE AND ZIP CODE | COUNTY |
|---|---|

**CAUSE OF DISCRIMINATION BASED ON** *(Check appropriate box(es))*

| ☐ RACE | ☐ COLOR | ☐ SEX | ☐ RELIGION | ☒ AGE |
|---|---|---|---|---|
| ☐ RETALIATION | ☐ NATIONAL ORIGIN | ☐ DISABILITY | ☐ OTHER *(Specify)* | |

DATE DISCRIMINATION TOOK PLACE
EARLIEST *(ADEA/EPA)*     LATEST *(ALL)*

November 13, 2014

☐ CONTINUING ACTION

**THE PARTICULARS ARE** *(If additional paper is needed, attach extra sheet(s)):*

On November 13, 2014, Oakton Community College announced that it will discontinue the employment of all adjunct faculty who are State Universities Retirement System annuitants. As a result, as of July 1, 2015, my employment, along with the employment of others similarly situated, will be terminated. I believe that Oakton Community College has discriminated against me and others similarly situated because of my age (69) and the ages of those similarly situated (all over the age of 40) by terminating our employment effective July 1, 2015 while maintaining the employment of similarly situated younger adjunct faculty.

I also believe that Oakton Community College has discriminated against me and others similarly situated because of my age (69) and the ages of those similarly situated (all over the age of 40) by adopting this policy, which disproportionately and adversely impacts older adjunct faculty.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY - (When necessary for State and Local Requirements) |
|---|---|
| | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| I declare under penalty of perjury that the foregoing is true and correct.<br><br>5/8/2015 *[signature: Barry Dayton]*<br>Date     Charging Party *(Signature)* | SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(Day, month, and year) |

Exhibit A