Named Plaintiff Consent to Opt In and
Participate as a Named Plaintiff in Suit for
Violations of Fair Labor Standards Act and
Age Discrimination in Employment Act

I, _BARRY H DAYTON_, hereby opt-in and give my consent to participate in the lawsuit against Oakton Community College and its representatives ("Defendants"), as a named, representative, Party Plaintiff to this action and to bring suit *on behalf of myself and former co-workers similarly situated*. I further agree to be bound by any settlement or judgment of the Court in this action. I understand that this consent will be filed simultaneously with a lawsuit against Defendants for violations of the Age Discrimination in Employment Act (ADEA), 29 U.S.C. § 621, et. seq., 42 U.S.C. §1983, and Illinois Const., Art. XII, §5 seeking reinstatement, compensation, liquidated damages, and other damages and relief available. This written consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by Section 7(b) of the ADEA, 29 U.S.C. § 626(b), and Section 16(b) of Fair Labor Standards Act, 29 U.S.C. § 216(b).

I was employed by the Oakton Community College within the time period prescribed by the applicable statute of limitations. I was subject to a policy of the Defendant that discriminates against employees who are 40 years of age and older and thus has a disparate impact on the class protected by the ADEA.

By signing and returning this consent to sue, I understand that I will be represented by The Previant Law Firm, s.c.

Full Legal Name: _BARRY H DAYTON_ Dated: _June 27, 2016_

Signed: _Barry H Dayton_

Exhibit B