IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BARRY H. DAYTON,<br><br>individually and on behalf<br>of all others similarly situated<br><br>      Plaintiff,<br><br>      v.<br><br>OAKTON COMMUNITY COLLEGE,<br>MARGARET LEE, JOIANNE SMITH,<br>MICHAEL ANTHONY,  KARL<br>BROOKS, MAYA EVANS,<br>TOM HAMEL, COLETTE HANDS,<br>BONNIE LUCAS, and MUM<br>MARTENS.<br><br>      Defendants. | No. 1:16-cv-06812 |

## PLAINTIFFS' MOTION FOR COLLECTIVE AND CLASS CERTIFICATION

Named Plaintiff, Barry H. Dayton, on behalf of himself and all others similarly situated, hereby moves for collective certification of his claims under Section 7(b) of the Age Discrimination in Employment Act, 29 U.S.C. § 626(b), and class certification, pursuant to Fed. R. Civ. P. 23(c)(1) of his claims under 42 U.S.C. §1983 and for violations of Illinois Const., Art. XII, § 5. The basis for Named Plaintiffs' Motion is contained in Plaintiff's Brief in Support of Collective and Class Certification and supported by the simultaneously filed affidavit of Nathan D. Eisenberg.

In addition to moving for certification of the collective action and class action, Plaintiff further moves for court facilitated notice to all potential class members. See Fed. R. Civ. P.

23(c)(2); *Hoffmann-La Roche v. Sperling,* 493 U.S. 165, 170 (1989). Attached hereto as Exhibit A is Named Plaintiff's Proposed Notice of Pendency of Lawsuit. Plaintiffs request that the court direct Defendants to produce a class list within 10 days of the certification order.

Dated this 27th day of February, 2017.

/s/ Nathan D. Eisenberg
Nathan D. Eisenberg (Ill. Bar No. 6307413)
nde@previant.com
Sara J. Geenen
sjg@previant.com
Erin F. Medeiros
efm@previant.com
THE PREVIANT LAW FIRM, S.C.
310 West Wisconsin Ave. Suite 100 MW
Milwaukee, WI 53203
Telephone: 414/271 4500
Fax: 414/271 6308

(LEAD COUNSEL)

Stephen Yockich (Ill. Bar No. 6181707)
syokich@laboradvocates.com
Dowd, Bloch, Bennett, Cervone, Auerbach & Yokich
8 South Michigan Avenue – 19th Floor
Chicago, IL 60603
Telephone: 312/ 372-1361
Fax: 312/372-6599

(LOCAL COUNSEL)

Attorneys for Plaintiffs

CERTIFICATE OF SERVICE

I, Nathan D. Eisenberg, an attorney, certify that a copy of Plaintiff's Motion for Collective and Class Certification was served on the attorney(s) listed herein, via e-mail on February 27, 2017.

Frank B. Garrett III
Philip H. Gerner III
Jennifer L. Jones
Robbins Schwartz
55 West Monroe Street, Suite 800
Chicago, Illinois 60603

Stephen Yockich
syokich@laboradvocates.com
Dowd, Bloch, Bennett, Cervone, Auerbach & Yokich
8 South Michigan Avenue – 19th Floor
Chicago, IL  60603

George S. Frederick, Esq.
David Weiss, Esq.
george@mkfmlaw.com
david@mkfmlaw.com
Mirabella, Kincaid, Frederick & Mirabella 1737
S. Naperville Raod, Suite 100
Wheaton, IL  60189

/s/ Nathan D. Eisenberg